IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>Plaintiff,<br><br>v.<br><br>MULTICARE HOSPITAL,<br><br>Defendant. | NO. 2:21-cv-00350 RSL<br><br>ORDER GRANTING MOTION TO STAY DEADLINES IN THE ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

This matter comes before the Court on Defendant's Motion to Stay Deadlines in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. #11. Plaintiff has not opposed the motion. It is therefore GRANTED. The deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #10) are **STAYED**. A new Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement shall be issued upon either the filing of a declaration showing proper service or a denial of the pending motion to dismiss (Dkt. #13).

Dated this 3rd day of May, 2021.

HON. ROBERT S. LASNIK
UNITED SATES DISTRICT JUDGE

ORDER GRANTING MOTION TO STAY DEADLINES IN THE ORDER
REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND
EARLY SETTLEMENT – 1
Zayas - Stay JSR Deadlines